**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                                    )
BOBBY CANDRA, ZHAFIRAH CANDRA,      )
ALBERT CANDRA, and MUHAMMAD CANDRA, )
                                    )
          Petitioners/Plaintiffs,   )
                                    )
v.                                  )     Civil Action
                                    )     No. 18-10823-PBS
CHRIS M. CRONEN, TIMOTHY STEVENS,   )
and KIRSTJEN M. NIELSEN,            )
                                    )
          Respondents/Defendants.   )
                                    )
_____)
```

**ORDER**

May 2, 2018

Saris, C.J.

Having considered Petitioners' emergency motion for temporary restraining order (Docket No. 2), motion for preliminary injunction and stay of removal (Docket No. 8), memoranda in support (Docket Nos. 9, 15), and Respondents' opposition (Docket No. 16), the Court holds that this is a proper case for the issuance of an order to maintain the status quo until the Court determines whether it has jurisdiction and has the opportunity to rule on the issues. See United States v. United Mine Workers of Am., 330 U.S. 258, 290-92 (1947).

Respondents are prohibited from removing or causing the removal from the United States of Petitioner Bobby Candra. Petitioner's removal is hereby stayed and shall not proceed

1

until further order of the Court. Respondents shall supplement their opposition to the motion for preliminary injunction with respect to Count II within 14 days of this order.

/s/ PATTI B. SARIS
Patti B. Saris
Chief U.S. District Judge