UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOBBY CANDRA, ZHAFIRAH CANDRA, ALBERT CANDRA, and MUHAMMAD CANDRA<br><br>Plaintiff/Petitioners,<br><br>v.<br><br>CHRIS M. CRONEN<br>Boston Field Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement<br><br>TIMOTHY STEVENS<br>Manchester Sub-Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement<br><br>KEVIN McALEENAN<br>Acting Secretary of the U.S. Department of Homeland Security<br><br>Respondents/Defendants. | Case No.:1:18-cv-10823-PBS |

**[PROPOSED] ORDER ON EMERGENCY MOTION
FOR TEMPORARY RESTRAINING ORDER**

On the Emergency Motion for Temporary Restraining Order, the Court finding that Petitioner Bobby Candra will be at risk of being removed by U.S. Immigrations and Customs Enforcement to Indonesia absent entry of this Order, which will irreparably harm the interests of Petitioner and Plaintiffs, and the Court finding that Petitioner and Plaintiffs have provided copies of the motion electronically to the government on April 17, 2019, and good cause appearing therefor, the Defendants are hereby temporarily restrained from enforcing the removal of plaintiff Bobby Candra until _____, at __.m., or further order of this Court.

_____
Hon. Patti B. Saris
United States District Judge